**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

1717 Pacific Ave., Rm. 3100
Tacoma, WA 98402

July 26, 2010

S. TURNER
US DISTRICT COURT
OFFICE OF THE CLERK
SUITE 130
401 W WASHINGTON STE SPC 1
PHOENIX AZ 85003-2118

```
X  FILED      ___ LODGED
___ RECEIVED  ___ COPY

    AUG 0 2 2010

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

    RE: USA vs. Lacey Phillabaum
       Our Case No.: CR06-5613BHS
       Your Case No.: CR-10-50122-PHX-PGR

Dear Clerk:

Attached hereto is the docket sheet for the above referenced matter. Please be advised that this particular does not have a Petition for Revocation of Supervised Release, as requested in your letter dated 7/6/10.

Thank you for your attention to this matter.

Sincerely,

BRUCE RIFKIN, Clerk of Court/DCE


By:   *s/Caroline M. Gonzalez*
     Deputy Clerk


/cmg

Enclosure

BOND, CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-05613-BHS-1
## Internal Use Only

Case title: USA v. Phillabaum

Date Filed: 10/04/2006
Date Terminated: 08/19/2008

Assigned to: Judge Benjamin H Settle

**Defendant (1)**

Lacey Phillabaum                                represented by   Gilbert Henry Levy
*TERMINATED: 08/19/2008*                                         GILBERT H LEVY
                                                                 2003 WESTERN AVENUE
                                                                 MARKET PLACE ONE, STE 330
                                                                 SEATTLE, WA 98121
                                                                 206-443-0670
                                                                 Fax: FAX 448-2252
                                                                 Email: courts@glevylawyer.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: CJA Appointment*

**Pending Counts**                                               **Disposition**

CONSPIRACY TO DEFRAUD THE                                        36 months incarceration, 3 years
UNITED STATES                                                    supervised release to follow with
(1)                                                              standard and special conditions as
                                                                 addressed, no fine, $300 special
                                                                 assessment, recommendation for
                                                                 placement at FDIC Geiger, Restitution
                                                                 $6,092,649.95 - interest waived.

Arson                                                            36 months incarceration, 3 years
(2)                                                              supervised release to follow with
                                                                 standard and special conditions as
                                                                 addressed, no fine, $300 special
                                                                 assessment, recommendation for
                                                                 placement at FDIC Geiger, Restitution
                                                                 $6,092,649.95 - interest waived.

Using a Destructive Device During a                              36 months incarceration, 3 years
Crime of Violence                                                supervised release to follow with
(3)                                                              standard and special conditions as
                                                                 addressed, no fine, $300 special

assessment, recommendation for placement at FDIC Geiger, Restitution $6,092,649.95 - interest waived.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                                    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                           **Disposition**
None

**Plaintiff**
USA                                    represented by  **Andrew C Friedman**
                                                       US ATTORNEY'S OFFICE (SEA)
                                                       700 STEWART ST
                                                       STE 5220
                                                       SEATTLE, WA 98101-1271
                                                       206-553-7970
                                                       Email: Andrew.Friedman@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2006 | 2 | (Court only) **NON-PUBLIC** Financial Affidavit by Lacey Phillabaum signed by Judge Monica J. Benton.(KAM, ) (Entered: 10/04/2006) |
| 09/20/2006 | 3 | CJA 20 as to Lacey Phillabaum: Appointment of Attorney Gilbert Henry Levy for Lacey Phillabaum signed by Judge Monica J. Benton.(KAM, ) (Entered: 10/04/2006) |
| 10/04/2006 | 1 | FELONY INFORMATION as to Lacey Phillabaum (1) count(s) 1, 2, 3. (TW, ) (Entered: 10/04/2006) |
| 10/04/2006 | 4 | MOTION to Seal Document by USA as to Lacey Phillabaum. (RM, ) (Entered: 10/04/2006) |
| 10/04/2006 | 5 | WAIVER OF INDICTMENT as to Lacey Phillabaum (RM, ) (Entered: 10/04/2006) |

| | | |
|---|---|---|
| 10/04/2006 | 6 | Minute Entry for proceedings held before Judge Franklin D. Burgess - CRD: *R Miller*; AUSA: *A Friedman*; Def Cnsl: *G Levy*; USPO: *J Halvorson*; PTS: *S Cavendish*; Court Reporter: *T Hendrix*; **INITIAL APPEARANCE AND PLEA** as to Lacey Phillabaum held on 10/4/2006. Ms. Phillabaum present appearing voluntarily. Ms. Phillabaum placed under oath and advised of rights/charges/penalties, age 31; education college. Court reviews the plea agreement. Mr. Friedman presents facts sufficient. Ms. Phillabaum concurs with facts as presented. Court accepts the Plea Agreement subject to presentation of the Presentence Report. Ms. Phillabaum pleads guilty to count(s) 1-3. Court reviews the rights being waived by entry of the plea. Court finds the plea was entered knowingly, freely, and voluntarily. Court orders Presentence Report. Sentencing set for 1/5/2007 at 9:30 AM in C Courtroom before Hon. Franklin D. Burgess. Ms. Phillabaum placed on bond with standard and special conditions as addressed. (RM, ) (Entered: 10/04/2006) |
| 10/04/2006 | 7 | MINUTE ORDER Granting 4 Motion to Seal Document as to Lacey Phillabaum (1) (RM, ) (Entered: 10/04/2006) |
| 10/04/2006 | 8 | **SEALED PLEA AGREEMENT** as to Lacey Phillabaum (RM, ) (Entered: 10/04/2006) |
| 10/04/2006 | 9 | Appearance Bond entered; PR with PTS supervision & standard/special conditions as to Lacey Phillabaum (cc: PTS/USPO/USMO) (RM, ) (Entered: 10/04/2006) |
| 10/04/2006 | 10 | ORDER for Sentencing Procedure as to Lacey Phillabaum by Judge Franklin D. Burgess. (RM, ) (Entered: 10/04/2006) |
| 10/04/2006 | 11 | Receipt #732022 issued for the surrender of US Passport # XXXXX0712 (expires 10/26/15) as to Lacey Phillabaum. Passport placed in the Tacoma Vault. (KAM, ) (Entered: 10/17/2006) |
| 12/15/2006 | | SENTENCING HEARING CONTINUED as to Lacey Phillabaum: Pursuant to the request and agreement of counsel, to allow additional time for the disposition of related matters, the sentencing hearing is rescheduled for 7/13/2007 at 11:00 AM in C Courtroom before Hon. Franklin D. Burgess. The Presentence Report is due no later than 7/6/2007. Counsel shall file their Sentencing Memorandum no later than 7/9/2007. (RM, ) (Entered: 12/15/2006) |
| 12/20/2006 | 12 | TRANSCRIPT of Change of Plea held on 10/4/06 before Judge Franklin D. Burgess as to Lacey Phillabaum. Court Reporter: Teri Hendrix. (PVO, ) (Entered: 12/22/2006) |
| 01/09/2007 | 13 | MOTION *to surrender personal recogniznce release and self surrender* by Lacey Phillabaum. Noting Date 1/19/2007.(Levy, Gilbert) (Entered: 01/09/2007) |
| 01/17/2007 | 14 | ORDER granting 13 Motion To Surrender Personal Recognizance Release and for Self Surrender as to Lacey Phillabaum (1) by Judge Franklin D. Burgess. (BWM) (Entered: 01/17/2007) |
| 01/24/2007 | 15 | ORDER as to Lacey Phillabaum Amending Previous Order and Revoking Bond re 14 Order on Motion for Miscellaneous Relief by Judge Franklin D. Burgess. |

| | | |
|---|---|---|
| | | (BWM) (Entered: 01/24/2007) |
| 06/19/2007 | ● | SENTENCING HEARING CONTINUED as to Lacey Phillabaum: Pursuant to the request and agreement of Counsel, to allow additional time for the disposition of related matters, the Sentencing hearing is rescheduled for 10/26/2007 at 09:00 AM in C Courtroom before Hon. Franklin D. Burgess. The Presentence Report is due no later than 10/19/2007. Counsel shall file their Sentencing Memorandum no later than 10/22/2007.(RM, ) (Entered: 06/19/2007) |
| 10/23/2007 | ● | HEARING CONTINUED as to Lacey Phillabaum: Pursuant to the request and agreement of Counsel, to allow additional time for the disposition of related matters, the Sentencing hearing is rescheduled from 10/26/2007 to 3/21/2008 at 10:00 AM in C Courtroom before Hon. Franklin D. Burgess. The Presentence Report is due no later than 3/14/2008. Counsel shall file their Sentencing Memorandum no later than 3/17/2008.(PL, ) (Entered: 10/23/2007) |
| 02/19/2008 | ● | HEARING CONTINUED as to Lacey Phillabaum: Pursuant to the request and agreement of Counsel, to allow additional time for the disposition of related matters, the Sentencing hearing set for 3/21/2008 is rescheduled for 4/17/2008 at 9:00 AM in C Courtroom before Hon. Franklin D. Burgess. The Presentence Report is due no later than 4/10/2008. Counsel shall file their Sentencing Memorandum no later than 4/14/2008. (PL, ) (Entered: 02/19/2008) |
| 03/18/2008 | ● 16 | STIPULATION *To Order Releasing Defendant on Personal Recognizance* by parties (Attachments: # 1 # 2)(Levy, Gilbert) (Entered: 03/18/2008) |
| 03/19/2008 | ● 17 | MEMORANDUM *In Support Of Joint Request To Release Defendant On Personal Recognizance* by Lacey Phillabaum re 16 Stipulation (Attachments: # 1)(Levy, Gilbert) (Entered: 03/19/2008) |
| 03/20/2008 | ● 18 | ORDER Setting Conditions of Release by Judge Franklin D. Burgess. (cc: PTS/USPO) cc: USMO; (SPH, ) (Entered: 03/20/2008) |
| 04/10/2008 | ● | HEARING CONTINUED as to Lacey Phillabaum: Pursuant to the request and agreement of Counsel, to allow additional time for the disposition of related matters, the Sentencing hearing set for 4/17/2008 is rescheduled for 6/6/08 at 9:00 AM in C Courtroom before Hon. Franklin D. Burgess. The Presentence Report is due no later than 5/30/2008. Counsel shall file their Sentencing Memorandum no later than 6/2/2008. (PL, ) (Entered: 04/10/2008) |
| 04/24/2008 | ● 19 | NOTICE of Unavailability of attorney Gilbert Henry Levy from 05/07/08 to 05/18/08 (Levy, Gilbert) (Entered: 04/24/2008) |
| 05/27/2008 | ● | HEARING CONTINUED as to Lacey Phillabaum: Pursuant to the request and agreement of Counsel, to allow additional time for the disposition of related matters, the Sentencing hearing set for 6/6/08 is rescheduled for 8/19/08 at 10:00 AM in C Courtroom before Hon. Franklin D. Burgess. The Presentence Report is due no later than 8/11/08. Counsel shall file their Sentencing Memorandum no later than 8/13/08. (PL, ) (Entered: 05/27/2008) |
| 07/25/2008 | ● | HEARING CONTINUED as to Lacey Phillabaum: **Time Only** Sentencing is rescheduled for 8/19/2008 at 09:00 AM in C Courtroom before Judge |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                     |
|------------|------|---|
|            |      | Franklin D. Burgess. (PL) (Entered: 07/25/2008)                                                                                                                                                                                                                                                                                                                                     |
| 08/13/2008 | 20   | SENTENCING MEMORANDUM and Motion to Depart from Sentencing Guidelines by Lacey Phillabaum (Levy, Gilbert) (Entered: 08/13/2008)                                                                                                                                                                                                                                                     |
| 08/13/2008 | 21   | MOTION to Seal Document by USA as to Lacey Phillabaum (Attachments: # 1 Proposed Order) Noting Date 8/19/2008 (Friedman, Andrew) (Entered: 08/13/2008)                                                                                                                                                                                                                              |
| 08/13/2008 | 22   | **SEALED DOCUMENT** by USA as to Lacey Phillabaum re 21 MOTION to Seal Document (Friedman, Andrew) (Entered: 08/13/2008)                                                                                                                                                                                                                                                             |
| 08/13/2008 | 23   | SENTENCING MEMORANDUM by USA as to Lacey Phillabaum (Friedman, Andrew) (Entered: 08/13/2008)                                                                                                                                                                                                                                                                                         |
| 08/13/2008 | 24   | STIPULATION AND PROPOSED ORDER *Permitting filing of Addendum to sentencing Memorandum Under Seal* by parties (Attachments: # 1 Proposed Order)(Levy, Gilbert) Modified on 8/14/2008 (ELS). (Entered: 08/13/2008)                                                                                                                                                                    |
| 08/14/2008 | 25   | MINUTE ORDER as to Lacey Phillabaum - The 21 MOTION to Seal Document filed by USA is GRANTED; Document # 22 to remain sealed until further order of the Court. As directed s/ Pat LeFrois (cc: USPO) (PL) (Entered: 08/14/2008)                                                                                                                                                      |
| 08/14/2008 | 26   | MINUTE ORDER as to Lacey Phillabaum - The 24 STIPULATED MOTION permitting the filing of an addendum to the 20 Sentencing Memorandum filed by Lacey Phillabaum is GRANTED. As directed s/ Pat LeFrois (cc: USPO) (PL) (Entered: 08/14/2008)                                                                                                                                           |
| 08/14/2008 | 27   | **SEALED DOCUMENT** *Addendum to Defendant's Sentencing Memorandum* by Lacey Phillabaum re 26 Minute Order, Terminate Motions (Attachments: # 1 Part 2 of 2)(Levy, Gilbert) (Entered: 08/14/2008)                                                                                                                                                                                     |
| 08/19/2008 | 28   | Minute Entry for proceedings held before Judge Franklin D. Burgess- CRD: *P LeFrois*; AUSA: *A Friedman*; Def Cnsl: *G Levy*; USPO: *Dan Acker for Kalen Thomas*; Court Reporter: *Teri Hendrix*; **SENTENCING** held on 8/19/2008 for Lacey Phillabaum (1), Counts 1, 2, 3 of Information.Court has reviewed all reports, memorandums and letters. Counsel present their recommendations. Defendant addresses the Court. Review of guidelines and criminal history with counsel and Probation Officer. Court requests counsel to stipulate to the proposed Findings of Fact. Judgment=Court imposes 36 months incarceration, 3 years supervised release to follow with standard and special conditions as addressed, no fine, $300 special assessment, recommendation for placement at Geiger corrections, if that facility not available, the camp FCI Phoenix. Restitution $6,092,649.95, interest waived, Fine waived. Written Judgment presented/accepted. Government advises Defendant waived right to appeal in Plea Agreement. Appeal rights advised.Stipulated Findings of Facts signed/approved; Court orders this document sealed and to be attached to statement of reasons. PTS and counsel agree Defendant to self-surrender.Defendant released to report at direction of Probation officer. (PL) (Entered: 08/19/2008) |

| | | |
|---|---|---|
| 08/19/2008 | 29 | **SEALED ORDER** -Stipulated Findings of Fact re 28 Sentencing, signed by Judge Franklin D. Burgess. (PL) (Entered: 08/19/2008) |
| 08/19/2008 | 30 | **JUDGMENT IN A CRIMINAL CASE** as to Lacey Phillabaum, signed by Judge Franklin D. Burgess. (cc: USPO, PTS, FLU, Fin., USMO, Sea Tac Det) (PL) (Entered: 08/19/2008) |
| 10/03/2008 | 31 | **STIPULATION AND PROPOSED ORDER** *Modifying Special Condition of Supervised Release* by parties re 30 Judgment (Attachments: # 1 Proposed Order)(Levy, Gilbert) (Entered: 10/03/2008) |
| 10/07/2008 | 32 | **ORDER MODIFYING PROBATION OR SUPERVISED RELEASE** as to Lacey Phillabaum, signed by Judge Franklin D. Burgess. (cc: USPO) (PL) (Entered: 10/07/2008) |
| 12/04/2008 | 33 | **ORDER RETURNING PASSPORT** as to Lacey Phillabaum by Judge Franklin D. Burgess. Passport forwarded to Attorney Gilbert Levy (via US Certified Mail Article # 7003 2260 0002 8095 2693) with request for acknowledgment of receipt. (cc: PTS and Passport Clk) (KAM) (Entered: 12/15/2008) |
| 12/23/2008 | 34 | **RETURN RECEIPT** (US Certified Mail Green Card Article # 7003 2260 0002 8095 2693) re service of Lacey Phillabaum's US Passport executed upon Alex Fast. (KAM) (Entered: 01/12/2009) |
| 12/23/2008 | 35 | **NOTICE** of Acknowledgment of Receipt of Lacey Phillabaum's US Passport filed by Attorney Gibert Levy re 33 Order Returning Passport. (KAM) (Entered: 01/12/2009) |
| 06/01/2010 | 36 | **ORDER REASSIGNING CASE** Case randomly reassigned to Judge Benjamin H Settle for all further proceedings. All future documents filed in this case shall bear the modified cause number CR06-5613BHS. Judge Franklin D. Burgess no longer assigned to case. s/Pat LeFrois as directed.(cc: PTS) (PL) (Entered: 06/01/2010) |